Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of Texas

Case number *(If known)*: _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Plano Smile Studio, P.A. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 62-1446710 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6001 Windhaven Pkwy., Ste. 200 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Plano                    TX    75094 | |
| City                State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Collin County | |
| County | Number        Street |
| | |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://planosmilestudio.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Debtor | Plano Smile Studio, P.A. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. Check one:

- ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

6212

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. Check all that apply:

  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes.  Debtor _____ Relationship _____
  District _____ When _____
  MM / DD / YYYY
  Case number, if known _____

| Debtor | Plano Smile Studio, P.A. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street | | |
|---|---|---|---|
| | | | |
| City | | State | ZIP Code |

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Plano Smile Studio, P.A. | Case number (if known) | |
| | Name | | |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/05/2025
MM  /  DD  /  YYYY

✗ *Dr. John Hucklebridge*
——————————————————
Signature of authorized representative of debtor

Dr. John M. Hucklebridge
——————————————————
Printed name

Title  Member

18. **Signature of attorney**

✗ *Brandon Tittle*
——————————————————
Signature of attorney for debtor

Date  03/05/2025
MM  /  DD  /  YYYY

Brandon Tittle
——————————————————
Printed name

Tittle Law Group, PLLC
——————————————————
Firm name

1125 Legacy Dr., Ste. 230
——————————————————
Number        Street

Frisco                    TX        75034
——————————————————
City                      State      ZIP Code

972.213.2316                 btittle@tittlelawgroup.com
——————————————————
Contact phone               Email address

24090436                    TX
——————————————————
Bar number                  State

## WRITTEN CONSENT & RESOLUTIONS
### of the
## SOLE MEMBER
### of
## PLANO SMILE STUDIO, P.A.
March 5, 2025

The undersigned, constituting the sole member (the "Sole Member") of Plano Smile Studio, P.A. (the "Company"), hereby consents in writing ("Consent") to and approve the Resolutions set forth herein and each and every action effected thereby.

This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy, email, facsimile transmission shall be considered an original.

## VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 11
## OF TITLE 11 OF THE UNITED STATES CODE

WHEREAS, the Sole Member has considered the Company's assets, liabilities, liquidity, the strategic alternatives available to the Company, offers to sell the Company or its Assets, and the impact of the forgoing on the Company's business; and

WHEREAS, the Sole Member upon the advice of professionals has determined that it is advisable and in the best interests of the Company, its creditors, and other interested parties that the Company file a petition in the United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court") under the provisions of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in such form and at such time as the officers of the Company executing said petition shall determine (the "Bankruptcy Case").

NOW, THEREFORE, BE IT RESOLVED, that the Sole Member is authorized, and empowered, on behalf of and in the name of the Company, to file the Bankruptcy Case;

RESOLVED FURTHER, that the Sole Member is authorized, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Tittle Law Group, PLLC ("TLG") as bankruptcy counsel for the Company in the Bankruptcy Case, to represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations and, in connection therewith, is authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of TLG. To the extent that the appropriate retention agreement has been executed and retainers paid, the Sole Member hereby retroactively approve same;

RESOLVED FURTHER, that the Sole Member is authorized, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with TLG, collectively the "Professionals") as may be deemed necessary or appropriate by the officer(s) of the Company for the Bankruptcy Case and, in connection therewith, is authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain services of such Professionals;

RESOLVED FURTHER, that the Sole Member is authorized, and empowered, on behalf of and in the name of the Company, to obtain debtor-in-possession financing to pay for operational expenses of the Company, including all fees incurred by Professionals in the Bankruptcy Case;

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by the Sole Member or any Professional to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

RESOLVED FURTHER that the Sole Member is authorized, and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to, discussed in or related to the matter referred to in the foregoing resolutions; and

RESOLVED FURTHER that any and all actions of the Sole Member taken prior to the date hereof to (a) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

## GENERAL IMPLEMENTING AUTHORITY

RESOLVED that the Sole Member is authorized, and empowered, with power of full delegation, on behalf of and in the name of the Company (a) to operate the business of and conduct business for and on behalf of the Company during the course of the Bankruptcy Case and (b) to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all assistance by legal counsel, accountants, or other Professionals and to ·take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and

RESOLVED FURTHER that the Sole Member is authorized, and  empowered, for and in the name and on behalf of the Company  to take or cause to take or cause to be taken  any and all

Docusign Envelope ID: 11DAF241-3786-4E99-843A-3CE4A9F7266C

such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned, being the Sole Member of the Company, has executed his consent as of March 5, 2025.


DocuSigned by:

*Dr. John Hucklebridge*

390F579281FE460...

Dr. John M. Hucklebridge
Sole Member
Plano Smile Studio, P.A.

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Plano Smile Studio, P.A.
_____    Chapter  11
                                                                   _____

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Dr. John M. Hucklebridge DDS, Inc.<br>6001 Windhaven Parkway, Ste. 200, Plano, TX 75093 | 100 | Other (Member) |